### 41069. GEORGIA BANK & TRUST COMPANY v. HADARITS et al.

PER CURIAM. The judgment of this court in *Georgia Bank & Trust Co. v. Hadarits,* 111 Ga. App. 195 (141 SE2d 172) having been reversed by the Supreme Court of Georgia in *Georgia Bank & Trust Co. v. Hadarits,* 221 Ga. 125 (143 SE2d 627), the judgment of this court is vacated, and the judgment of the Supreme Court is made the judgment of this court. *The judgment of the trial court is reversed. Bell, P. J., Frankum and Hall, JJ., concur.*

DECIDED JULY 27, 1965.

*Martin, Snow, Grant & Napier, Cubbedge Snow,* for plaintiff in error.

*George E. Saliba,* contra.